JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>      Plaintiff,<br><br>   v.<br><br>H. L. W. CORPORATION, A CALIFORNIA CORPORATION; AND DOES 1-10,<br>      Defendant, | **Case No.: 2:19-cv-10978-PA-SK**<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: December 31, 2019<br>Trial Date: Not Calendared |

Pursuant to <u>Fed. R. Civ. P. 41</u>, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against H. L. W. Corporation, a California Corporation ("Defendant").

Dated: _____March 18, 2020_____

_____
Hon. Percy Jackson
Judge, United States Court
Central District of California

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE